①

FILED BY ___BZ___ D.C.
AUG 03 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Paulletta N. Higgins
P.O. Box 10610
Miami Fl 33101          Case #
786-255-0280

vs    ADA Complaint-Jury Demanded
             Violation of Parental rights

1.) APD - Person with Disabilities etal...
    401 NW 2nd Ave #811, Miami
    Fl 33128
    305-349-1478

2.) Hamilton County Mental Retardation
    Devolpmental Disabilities - MRDD
    1520 Madison Rd Cincinnati, OH
    45206
    513 794-3300

3.) Department of Children and families
    DCF 401 NW 2nd Ave, Miami Fl
    33128
    305-377-5055

4.) Hamilton County Job & family
    Service 222 E Central Pkwy
    Cincinnati OH 45202
    513-946-1000

5.) Friendship Circle of Miami
    9700 S Dixie Hwy Suite 100
    Miami Fl 33156
    305-234-5654



Now comes Paulletta N. Higgins resident of Miami Fl 500 NW 2nd Ave #616 Miami Fl 33101 and bring this claim agaisnt Defendents on a False claim Act and Failure to accomindate. This Claim is brought under Diversity Jurstiction which this Court have because All defendent are know to Do buisness in Miami florfida where mother in child resided when case initsated. I mother was DX with Mental Retardation as know as an Intellectual Disabisability very Mild, but always indepandent because service for the intellecal Disability was always in Place for Me til Moving to Florida where abuse of Discreation been going on since 2011 or 2012 to Present I had a child and raise him all his life and still is but the agency listend stated because My Mental Retardation they can't service Me because You never grow with paaaiw

(4)

I commicate with him

8.) My child get into fight in school All due to been held a prisioner as a child.

9.) Mother works employment

10.) My child works employment

11.) Ohio never had Surstistion over My Child because we live in Florida

12.) Ohio use My Mrpp (Mild) to gain Suristional

Mother Demand relief cause she was never acoominade and the child was held a Prisioner by all Defendents

(5)

additionaly, My child don't want to be in ohio and Miss his resident in Florida.

All Defendent took personal information is refuse to help including Dade Couty Human Servce Department who stated will help Me with my electrial bill but just took all my personal information located at 300 E 1st Ave Hialeah Fl 33010

MrDD, APD, DCF, JFS has refuse to help and causing multiple inferences

I Demand another job where I guateed hours and file this under Redress and greievenence, pain and Suffering and who will ammouinated My Disability Im sue for my son I sue for transportation noting if I Do this



alone I get ignore
I seek Puntive damage in the amount of 15 Million

I certify that All was Served us regular Mail

Paullitta V. Higgs
P.O Box 10????
Miami Fl 33101
786-255-028?